DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| CYFRED, LTD, for itself and on behalf of all other similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>TICOR TITLE INSURANCE COMPANY and DOES ONE (1) through Three Hundred (300) inclusive,<br><br>     Defendants. | CIVIL CASE NO. 09-00004 |

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

**(1) ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AND
(2) JUDGMENT
signed on September 5, 2012
Date of Entry: September 5, 2012**

The original orders or judgments are on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**.

Date: September 5, 2012                Clerk of Court

                           **/s/ Jeanne G. Quinata**